# United States District Court
## Violation Notice

CVB Location Code: CT44

**Violation Number:** F4903691
**Officer Name (Print):** L. BROWN
**Officer No.:** 2345

F4903691

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 04/09/2019 1000
**Offense Charged:** 36 CFR 261.9(a)
**Place of Offense:** GODS GULCH NORTH OF FS ROAD 31N42
**Offense Description:** - DAMAGING NATURAL FEATURE OR OTHER PROPERTY

### DEFENDANT INFORMATION
**Last Name:** PETERSON
**First Name:** ANDREW
**M.I.:** D

[defendant personal information redacted]

**Tag No.:** ___  **State:** ___  **Year:** ___  **Make:** ___  **Type:** ___  **Color:** ___

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy).

$ _____ Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** ___
**Date (mm/dd/yyyy):** ___
**Time (hh:mm):** ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

**X Defendant Signature:** [signed] Andrew Peter

Original - CVB Copy
FS-5300-4 (2/2016)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

(SEE ATTACHED.)

The foregoing statement is based upon:
☑ my personal observation    ☐ my personal investigation
☑ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

**Executed on:** 4/9/2019   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

**Executed on:** _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge