McGREGOR W. SCOTT
United States Attorney
CHRISTOPHER S. HALES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 3:19-PO-0113 DMC |
|---|---|
| Plaintiff, | MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANT'S MOTION TO DISMISS |
| v. | |
| ANDREW D. PETERSON, | |
| Defendant. | COURT: Hon. Dennis M. Cota |

The United States hereby requests a two-week extension of time until July 16, 2019 to respond to defendant's motion to dismiss that was filed on June 25, 2019 (ECF 7).  Under Local Rule 430.1(d), the government's opposition to defendant's motion would ordinarily be due on Tuesday, July 2, 2019, one week after the motion was filed.  L.R. 430.1(d).  However, pursuant to Local Rule 430.1(f), this Court may grant an extension of time within which a party may respond to a motion.  This is the first request for extension filed by the government with respect to the motion in question.  L.R. 430.1(f).  The basis for the requested extension is that the undersigned was not previously familiar with this case, and was not previously listed as counsel of record in this case until being added on the date the motion to dismiss was filed by defendant.  In addition, the undersigned has since been in communication with the Rule 180 prosecutors on this case and determined that additional investigation will be necessary to respond to the legal and factual claims contained within defendant's motion to dismiss.

///

1    For these reasons, the government therefore respectfully requests the Court to order that the
2    government's opposition to defendant's motion to dismiss shall be filed on or before July 16, 2019.

3    Dated: July 1, 2019                                McGREGOR W. SCOTT
                                                        United States Attorney
4

5                                                By:   /s/ CHRISTOHPER S. HALES
                                                        CHRISTOHPER S. HALES
6                                                       Assistant United States Attorney