```
McGREGOR W. SCOTT
United States Attorney
STEPHEN S. CODY
Special Assistant U.S. Attorney
CHRISTOPHER S. HALES
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 3:19-po-00113-DMC |
| ) | |
| Plaintiff, ) | DESIGNATION OF COUNSEL |
| ) | |
| v. ) | |
| ) | |
| ANDREW D. PETERSON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff United States of America requests that Special Assistant U.S. Attorney Stephen S. Cody be designated as counsel of record in this action.

Dated: July 15, 2019          McGREGOR W. SCOTT
                              United States Attorney

                         By:  */s/ Stephen S. Cody* _____
                              STEPHEN S. CODY
                              Special Assistant U.S. Attorney

## PROOF OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers.

That on July 15, 2019, she served a copy of the **Designation of Counsel** by placing said copy in a postage paid envelope addressed via first class mail to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Sacramento, California.

Addressee(s):

Andrew D. Peterson
P.O. Box 501
Hayfork, CA  96041


Dated:  July 15, 2019                              */s/ Sherri Swanson*
                                                   SHERRI SWANSON
                                                   Paralegal Specialist